# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-2104
_____

Ana Lissette Lemus-Carpio

*Petitioner*

v.

Jeffrey A. Rosen, Acting Attorney General of the United States[1]

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: January 14, 2021
Filed: January 20, 2021
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Salvadoran citizen Ana Lissette Lemus-Carpio petitions for review of an order
of the Board of Immigration Appeals, which dismissed her appeal from the decision

---

[1]Jeffrey A. Rosen has been appointed to serve as Acting Attorney General of
the United States and is substituted as respondent pursuant to Federal Rule of
Appellate Procedure 43(c).

of an immigration judge denying her asylum and withholding of removal.[2]  Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

This court concludes that substantial evidence supports the agency's determination that Lemus-Carpio was not eligible for asylum, because she did not establish a well-founded fear of persecution on account of a protected ground.  *See Kanagu v. Holder*, 781 F.3d 912, 916 (8th Cir. 2015) (standard of review); *Litvinov v. Holder*, 605 F.3d 548, 553 (8th Cir. 2010) (asylum requirements).  Substantial evidence also supports the agency's conclusion that Lemus-Carpio was not eligible for withholding-of-removal relief.  *See Guled v. Mukasey,* 515 F.3d 872, 881-82 (8th Cir. 2008) (alien who does not meet standard for asylum cannot meet more rigorous clear probability standard for withholding of removal).

The petition for review is denied.  *See* 8th Cir. R. 47B.

_____

---

[2]The denial of voluntary departure is not before this panel.  *See Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004) (claim not raised in opening brief is waived).